227½ HURST (Pros. Atty.) vs. WARNER (J. of P.), No. 13974, 102 M., 238. (Certiorari to Chippewa.)

To compel respondent to issue a warrant for the violation of a rule adopted by the State Board of Health under Act No. 47,

Laws of 1893, relative to the disinfection of baggage coming from infected localities.

Denied September 27, 1894.

Held, that the rule was not warranted by the statute.